*v. Ellis*, 45 N. Y. 107; *Wood* v. *Tunnicliff*, 74 id. 38.)  Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

ABRAM McCOMBS, Respondent, v. JOSEPH SURESKY, Appellant.— Order denying motion upon the minutes to set aside verdict unanimously affirmed, with costs.  Order denying motion to vacate judgment and for a new trial upon the ground of newly-discovered evidence unanimously affirmed, without costs.  No opinion.  Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

CARROLL McCREARY Co., INC., Plaintiff, v. THE PEOPLE OF THE STATE OF NEW YORK, Defendant, Impleaded with BRADY CONCRETE CORPORATION and Others, Respondents, and NATIONAL SURETY CORPORATION, Appellant.— Order, in so far as it denied the motion of the National Surety Corporation to amend the judgment and findings so as to show that the attorneys for the defendant James McWilliams, Inc., also appeared on the trial for the defendant National Surety Corporation, reversed on the law and the facts, without costs, and motion granted. We are of opinion that the record establishes a claim on behalf of the National Surety Corporation for this much of the relief sought.  We intimate herewith no other disposition of the litigation at this time.  Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

NICK MILANO, Respondent, v. FILOMENA MILANO, an Infant below the Age of Fourteen Years, and Another, Appellants, Impleaded with Another.— Order denying motion of defendants to vacate interlocutory judgment and to stay sale affirmed, with ten dollars costs and disbursements.  No opinion.  Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

MILES O'REILLY, Appellant, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent, Appellant.  (Appeal No. 1.)*— Order modified so as to provide that the amount of the verdict be reduced to $40,000, and as so modified unanimously affirmed, with costs to plaintiff, appellant.  No opinion.  Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

MILES O'REILLY, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.  (Appeal No. 2.) — Order extending plaintiff's time within which to consent to reduce the verdict affirmed, with ten dollars costs and disbursements, on authority of *Cullen* v. *Uptegrove & Brother* (101 App. Div. 147).  Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ., concur

CECELIA PALMAY, Individually and as Guardian ad Litem of EDNA GRAB, Respondents, v. THREE NINETY THREE NORTH AVE., INC., Appellant.— Order of the County Court of Westchester county affirming judgment of the City Court of New Rochelle unanimously affirmed, with costs.  No opinion.  Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ISIDOR PESATY and JACOB PESATY, Plaintiffs, v. WARMBRAND REALTY CORPORATION and Others, Appellants, Impleaded with JOHN D. NORTON, Respondent.— Order denying motion to cancel *lis pendens* affirmed, with ten dollars costs and disbursements, without prejudice to a renewal by the appellants upon a showing that the respondent's lien was not admitted in the complaint, or if admitted, that it was contested by another defendant, as set forth in section 44, subdivision 3, of the Lien Law.  No opinion.  Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

DAVID POLLACK, Respondent, v. MARCUS TAUSIG, Appellant, and Others, Defendants.— Order striking out the answer and dismissing the counterclaims

---

*Affd., 264 N. Y. 626.